No. 81–6021.   WALLS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 81–6787.   BLAKNEY v. MONTANA.   Sup. Ct. Mont. Certiorari denied.

No. 81–6807.   SKINNER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–201.   READING HOSPITAL & MEDICAL CENTER v. CHOWDHURY.   C. A. 3d Cir.   Certiorari denied.

No. 82–698.   HOWARD ET AL. v. TAYLOR ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–896.   ACQUIN v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 82–5916.   HARDEN v. MISSOURI.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 81–2240.   ALABAMA ET AL. v. MYLAR, AKA MILES. C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.